OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Alfred J. TAGLIAFERRI, Respondent.

No. 1110 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

March 3, 2006.

### ORDER

PER CURIAM.

AND NOW, this 3rd day of March, 2006, upon consideration of the Certificate of Admission of Disability by Attorney that the respondent is suffering from a disabling condition which makes it impossible for him to prepare an adequate defense to disciplinary charges brought against him in connection with Disciplinary Board File No. C2-05-328, it is hereby

ORDERED that Alfred J. Tagliaferri is immediately transferred to inactive status pursuant to Rule 301(e), Pa.R.D.E., for an indefinite period and until further Order of the Court, and he shall comply with Rule 217, Pa.R.D.E. All pending disciplinary proceedings against the respondent shall meanwhile be held in abeyance, except for the perpetuation of testimony.

Madame Justice BALDWIN did not participate in this matter.

In the Matter of Steven C. COURTNEY.

No. 1087 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

March 3, 2006.

### ORDER

PER CURIAM.

AND NOW, this 3rd day of March, 2006, a Rule having been entered by this Court on December 29, 2005, pursuant to Rule 214(d)(1), Pa.R.D.E., directing Steven C. Courtney to show cause why he should not be placed on temporary suspension and no response thereto having been filed, it is hereby

ORDERED that the Rule is made absolute, Steven C. Courtney is placed on temporary suspension pursuant to Rule 214(d)(2), Pa.R.D.E., and he shall comply with all the provisions of Rule 217, Pa. R.D.E.; and the matter is referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.

Madame Justice BALDWIN did not participate in this matter.